UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-05839-SVW-AJW | Date | July 29, 2014 |
|---|---|---|---|
| Title | Pharmavite LLC v. Del Monte Fresh Produce N.A., Inc. | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING CASE

   On Monday, July 28, 2014, Attorney Uriarte informed the Court's clerk that an incorrect version of the complaint was filed in case 2:14-cv-05834-MMM-JC.  Instead of filing a corrected version of the complaint in case 2:14-cv-05834-MMM-JC, the corrected complaint was filed in a new case before this Court.  (Case No. 2:14-cv-05839-SVW-AJW).  The Court, having been notified that the instant case is duplicative of the previously filed case, orders this case DISMISSED.

   IT IS SO ORDERED.

:

Initials of Preparer    PMC